1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9

10

| | |
|---|---|
| MIANTA McKNIGHT, | ) 1:09-cv-1315-SKO-HC |
| | ) |
| Petitioner, | ) ORDER GRANTING PETITIONER'S |
| | ) MOTION TO AMEND THE PETITION TO |
| | ) CHANGE THE NAME OF RESPONDENT |
| v. | ) (Doc. 9) |
| | ) |
| TINA HORNBEAK, Warden of | ) ORDER DIRECTING THE CLERK TO |
| Valley State Prison for | ) CHANGE THE NAME OF THE RESPONDENT |
| Women, | ) |
| | ) |
| Respondent. | ) |
| | ) |
| _____ | ) |

        Petitioner is a state prisoner who is confined in Chowchilla
and is proceeding pro se with a petition for writ of habeas
corpus pursuant to 28 U.S.C. § 2254.  The matter has been
referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b)(1)
and Local Rules 302 and 303.  Pending before the Court is
Petitioner's motion to amend the petition to name a proper
respondent, filed on June 17, 2010, in response to the Court's
order of May 25, 2010, granting Petitioner leave to file the
motion.

        Petitioner requests that Tina Hornbeak, Warden of Valley
State Prison for Women, be named as Respondent in this matter.

1

A petitioner seeking habeas relief must name the state officer having custody of him or her as the respondent to the petition.  Rule 2(a) of the Rules Governing Section 2254 Cases; Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir.1996); Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir.1994). Normally, the person having custody of the prisoner is the warden of the prison because the warden has "day to day control over" the prisoner.  Brittingham v. United States, 982 F.2d 378, 279 (9th Cir.1992).  Therefore, Petitioner's request is proper.

Accordingly, Petitioner's motion for leave to amend the petition to name Tina Hornbeak, Warden of Valley State Prison for Women, as Respondent in this matter is GRANTED.

The Clerk of Court is DIRECTED to change the name of Respondent to Tina Hornbeak.


IT IS SO ORDERED.

Dated:    July 9, 2010                         /s/ Sheila K. Oberto
                                      UNITED STATES MAGISTRATE JUDGE

2